AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christopher Sheerer | ) | Case No. |
| | ) | 24-mj-8378-PGL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___July 1 and July 18, 2024___ in the county of ___Suffolk___ in the
___ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(b)(5) | Posession of child pornography |

This criminal complaint is based on these facts:

Please see the attached Affidavit of Special Agent Casey Hyde, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_Casey Hyde /by Paul G. Levenson_
*Complainant's signature*

Special Agent Casey Hyde, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   July 19, 2024

*Judge's signature*

City and state:   Boston, MA

Hon. Paul G. Levenson, US Magistrate Judge
*Printed name and title*