# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. __II__   Investigating Agency __HSI__

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. 24-mj-8378-PGL
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-8341-8343-PGL; 24-8364-8365-PGL
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: Christopher Sheerer   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) 9 Miner Street, Apt. 306, Boston, Massachusetts 02115

Birth date (Yr only): 1988   SSN (last4#): 1397   Sex: M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Anne Paruti, Jessica Soto   Bar Number if applicable: 670356, 683185

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date:** 07/18/2024

☑ Already in Federal Custody as of 07/18/2024 in (Wyatt).
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/19/2024   Signature of AUSA: */s/ Anne Paruti*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  24-mj-8378-PGL

**Name of Defendant**  Christopher Sheerer

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(b)(5) | Posession of child pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**