IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 24-mj-8378-PGL |
| ) | |
| Christopher Sheerer, ) | |
| ) | |
| Defendant ) | |

### GOVERNMENT'S MOTION TO SEAL EXHIBIT A TO THE COMPLAINT

The United States Attorney hereby respectfully moves the Court to seal Exhibit A to the Criminal Complaint, this motion and the Court's order on this motion, until further order of this Court. As grounds for this motion, the government states that the search warrant affidavit that comprises Exhibit A remains under seal, and its disclosure to the public at this juncture might jeopardize the ongoing investigation of this case and related cases. The government requests that, notwithstanding this request, it be permitted to disclose the Sealed Exhibit to the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By: /s/ Anne Paruti
ANNE PARUTI
Assistant U.S. Attorney

SO ORDERED,

July 19, 2024

_____
Hon. Paul G. Levenson
United States Magistrate Judge